S. W. BRIDGES & Co., INC., Appellant, *v.* CHARLES E. BARRY et al., Copartners under the Firm Name of HENRY W. PEABODY & COMPANY, Respondents.

(Submitted February 18, 1924; decided February 26, 1924.)

Motion for re-argument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 281.)

In the Matter of the Claim of PHILIP NEGLIA, Respondent, against G. A. ZIMMERMAN et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted February 18, 1924; decided February 26, 1924.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 131.)

JOANNES BROTHERS COMPANY, Appellant, *v.* ARTHUR H. LAMBORN et al., Respondents.

(Submitted February 18, 1924; decided February 26, 1924.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 207.)

HONG KONG AND SHANGHAI BANKING CORPORATION, Respondent, *v.* THE LAZARD-GODCHAUX COMPANY OF AMERICA, INC., Appellant.

*Appeal — motion to dismiss denied.*

Reported below, 207 App. Div. 174.

(Argued February 18, 1924; decided February 26, 1924.)

MOTION to dismiss an appeal from a judgment entered December 8, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion for summary judgment and granted said motion.

The motion was made upon the grounds that the

appeal was frivolous and taken solely for delay; that appeal did not lie to the Court of Appeals as matter of right and that permission to appeal had not been obtained.

*Nathan Ottinger* for motion.

*Robert L. Luce* opposed.

Motion denied, with ten dollars costs.

---

JACQUES KIRSCH, Respondent, *v.* HERCULEAN PRODUCTS COMPANY, Appellant.

*Appeal — motion to dismiss denied upon filing of certificate that constitutional question is involved and filing of return.*

*Kirsch* v. *Herculean Products Co.*, 206 App. Div. 701, appeal dismissed.

(Argued February 18, 1924; decided February 26, 1924.)

MOTION to dismiss an appeal from a judgment, entered November 14, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an order of Special Term striking out the answer of defendant and directing judgment in favor of plaintiff.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*George W. Glaze* for motion.

*Jonas J. Shapiro* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within five days appellant serves upon respondent a copy of certificate heretofore granted that a constitutional question is involved in this appeal and unless within twenty days appellant files and serves copies of return on appeal to this court, in which case motion to dismiss is denied, with ten dollars costs to respondent, and without prejudice to respondent to renew motion when appeal is argued.